UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-MJ-01120-JG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| MARIA F. ROMUALDO-NARCISO | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the Complaint and Warrant, filed October 11, 2011, charging the captioned defendant with improper entry into the United States by alien, in violation of Title 8, United States Code, section 1325(a). The defendant was charged as part of an ongoing investigation headed by the United States Attorney's Office for the Eastern District of New York, who has subsequently requested this dismissal.

THOMAS G. WALKER
United States Attorney

JOE EXUM, JR.
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

SO ORDERED. This 18 day of October 2011.

JAMES C. DEVER III
Chief United States District Judge

Case 4:11-mj-01120-JG   Document 12   Filed 10/18/11   Page 1 of 1